UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RD-JET, LLC dba RESTAURANT DEPOT,<br><br>    Plaintiff,<br><br>v.<br><br>COLONY INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:20-CV-01739-CRB<br><br>Hon. Charles R. Breyer<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>[Complaint Filed:   November 12, 2019]<br>Trial Date:           None Set |

The parties have filed a Stipulation of Dismissal With Prejudice of this action.  Therefore:

IT IS HEREBY ORDERED THAT:

1. This action is dismissed with prejudice; and
2. The parties will bear their own costs and attorneys' fees.

Dated:  September 29   , 2020              _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE